**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 14 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRYANT FONSECA, an individual, on behalf of himself and all others similarly situated, and on behalf of the general public, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY; et al., <br><br> Defendants-Appellees. | No. 20-56161 <br><br> D.C. No. 3:19-cv-01748-GPC-MSB <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the Southern District of California
Gonzalo P. Curiel, District Judge, Presiding

Argued and Submitted October 7, 2021
Pasadena, California

Before: GRABER and CHRISTEN, Circuit Judges, and ZOUHARY,** District Judge.

Plaintiff-Appellant Bryant Fonseca brought claims under the Sherman Act,

California's Cartwright Act, and California Business and Professions Code § 16600,

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The Honorable Jack Zouhary, United States District Judge for the Northern District of Ohio, sitting by designation.

against his former employer, Hewlett-Packard Co., HP Enterprise Services, LLC, and HP Inc. ("HP"). To support these claims, Fonseca alleges that HP entered into an unlawful no-poach agreement with rival 3D Systems, Inc., causing harm to himself and other HP employees.

The district court dismissed with prejudice the several counts of the Third Amended Complaint related to this conduct and granted Fonseca's motion for entry of judgment under Federal Civil Rule 54(b)—finding that Fonseca failed to properly allege a plausible claim upon which relief can be granted. Fonseca timely appealed.

After reviewing the record, briefs, and applicable law, we conclude the thorough and carefully reasoned opinion of the district court correctly articulates and applies the law to the facts of this case. Issuance of a panel opinion would not serve any jurisprudential purpose. Accordingly, for the reasons stated by the district court, we affirm.

**AFFIRMED.**